1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  JONI BAKER, a.k.a F. JOAN BAKER,        )   Case No.:
                                            )
12              Plaintiff,                  )   [Alameda County Superior Court Case No.:
                                            )   HG 07319664]
13  vs.                                     )
                                            )   **PETITION FOR REMOVAL OF**
14  TARGET CORPORATION, and                 )   **ACTION PURSUANT TO 28 U.S.C.**
    DOES 1-10, inclusive.                   )   **§1441(b) [DIVERSITY]**
15                                          )
                Defendants.                 )
16  _____)   Complaint Filed: April 9, 2007

17  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18       PLEASE TAKE NOTICE that defendant TARGET STORES, a division of Target

19  Corporation (hereinafter "TARGET"), hereby removes to this Court the state court action

20  described below.

21                          **JURISDICTION**

22       1.   Defendant TARGET is informed and believes that plaintiff Joni Baker, a.k.a. F.

23  Joan Baker, is a citizen of the State of California, and was at the time of the filing of the Complaint

24  and this Petition for Removal.

25       2.   Defendant TARGET is a Minnesota Corporation, whose principal place of business

26  is Roseville, Minnesota.

27       3.   TARGET is a publicly held corporation whose chairman and chief executive officer

28  is Bob Ulrich.

-1-

1      4.     Defendant TARGET is not a citizen of the state in which this action is pending.

2      5.     The matter in controversy exceeds the sum of $75,000.00, exclusive of interest,

3  attorneys' fees and costs.

4      6.     This court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

5                     **GROUNDS FOR REMOVAL**

6      7.     On April 9, 2007, a civil action was commenced in the Alameda County Superior

7  Court, Unlimited Jurisdiction, of the State of California, entitled *Joni Baker, a.k.a. F. Joan Baker*

8  *v. Target Corporation, et al.*, Action No. HG 07319664 . A true and correct copy of the Summons

9  and Complaint is attached hereto and marked as **Exhibit A**.

10      8.     Defendant TARGET was served with a copy of said Complaint on June 12, 2007.

11  A true and correct copy of the Proof of Service is attached hereto as **Exhibit B**.

12      9.     Defendant TARGET has answered plaintiff's unverified complaint. A true and

13  correct copy of the answer is attached hereto and marked as **Exhibit C**.

14      10.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, and

15  the complaint is one which may be removed to this Court by defendant TARGET pursuant to the

16  provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and

17  the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

18      11.    Defendant TARGET is the only named defendant in this action, and it is informed

19  and believes that no other defendants have been served in this action.

20      Based on the foregoing, defendant TARGET respectfully requests that this Court accept

21  removal of this action.

22

DATED: September 27, 2007

23                       BOORNAZIAN, JENSEN & GARTHE
                          A Professional Corporation

24

25

                     By: _____

26                            GAIL C. TRABISH, ESQ.
                           Attorneys for Defendant

27                           TARGET STORES, a division
                           of Target Corporation

28  25014\415269

                                -2-

**EXHIBIT A**

6·12·07  2:35  SUM-100

## SUMMONS
### *(CITACION JUDICIAL)*

|  |  |
|---|---|
| **NOTICE TO DEFENDANT:** *(AVISO AL DEMANDADO)*:<br>TARGET CORPORATION, DOES 1 TO 10 | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**ENDORSED**<br>**FILED**<br>ALAMEDA COUNTY<br>APR 0 9 2007<br>CLERK OF THE SUPERIOR COURT<br>By |

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)*:
JONI BAKER, also known as F. Joan Baker

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después da que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es)*:<br>Superior Court of California | **CASE NUMBER:** *(Número del Caso)*:<br>**HG07319664** |
|---|---|

24405 Amador Street        Hayward, CA 94544

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*:
Alan S. Yee        Siegel & Yee
499 14th Street, Suite 220        Oakland, CA 94612
(510) 839-1200

| DATE:  **PAT S. SWEETEN** | Clerk, by | R Mishra | , Deputy |
|---|---|---|---|
| *(Fecha)*  4/9/07 | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :

3. ☒ on behalf of *(specify)* : Target Corporation
     under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
            ☐ other *(specify)* :
4. ☐ by personal delivery on *(date)* : 6·12·07

Page 1 of 1

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004]<br>Martin Dean's Essential Forms ™ | **SUMMONS**          Code of Civil Procedure §§ 412.20, 465 |



# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Alan S. Yee       091444<br>Siegel & Yee<br>499 14th Street, Suite 220<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 839-1200   FAX NO. *(Optional)*: (510) 444-6698<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff JONI BAKER | **ENDORSED<br>FILED<br>ALAMEDA COUNTY**<br><br>**APR 09 2007**<br><br>CLERK OF THE SUPERIOR COURT<br>By   *[signature]* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Alameda
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, CA 94544
BRANCH NAME:

| PLAINTIFF: JONI BAKER, also known as F. Joan Baker<br><br>DEFENDANT: TARGET CORPORATION<br><br>[X] DOES 1 TO 10 | |
|---|---|

| COMPLAINT-Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>[ ] MOTOR VEHICLE  [X] OTHER *(specify)*:  Slip and Fall<br>    [ ] Property Damage  [ ] Wrongful Death<br>    [X] Personal Injury    [ ] Other Damages *(specify)*: | |
|---|---|

| Jurisdiction *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded  [ ] does not exceed $10,000<br>               [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER:<br><br>HG07319664 |
|---|---|

1. Plaintiff *(name or names)*: JONI BAKER

   alleges causes of action against defendant *(name or names)*: TARGET CORPORATION

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
  a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

  b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| SHORT TITLE: | E NUMBER: |
|---|---|
| Baker v. Target Corporation | |

4. ☐ Plaintiff *(name)* :
Is doing business under the fictitious name *(specify)* :

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)* :
      Target Corporation .

      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe)* :

      (4) ☐ a public entity *(describe)* :

      (5) ☐ other *(specify)* :

   c. ☐ except defendant *(name)* :

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)* :

      (4) ☐ a public entity *(describe)* :

      (5) ☐ other *(specify)* :

   b. ☐ except defendant *(name)* :

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)* :

      (4) ☐ a public entity *(describe)* :

      (5) ☐ other *(specify)* :

   d. ☐ except defendant *(name)* :

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)* :

      (4) ☐ a public entity *(describe)* :

      (5) ☐ other *(specify)* :

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1 to 10      were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1 to 10      are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Martin Dean's
ESSENTIAL FORMS™

| SHORT TITLE:<br>Baker v. Target Corporation | ) | E NUMBER: |
| --- | --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)* :
   - a. ☐ Motor Vehicle
   - b. ☐ General Negligence
   - c. ☐ Intentional Tort
   - d. ☐ Products Liability
   - e. ☒ Premises Liability
   - f. ☐ Other *(specify)* :

11. Plaintiff has suffered
   - a. ☒ wage loss
   - b. ☒ loss of use of property
   - c. ☒ hospital and medical expenses
   - d. ☒ general damage
   - e. ☒ property damage
   - f. ☒ loss of earning capacity
   - g. ☐ other damage *(specify)* :

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   - a. ☐ listed in Attachment 12.
   - b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   - a. (1) ☒ compensatory damages
     (2) ☐ punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
     (1) ☒ according to proof
     (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)* :

Date: March 28, 2007

Alan S. Yee
 · (TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Baker v. Target Corporation | |

First _(number)_       **CAUSE OF ACTION- Premises Liability**       Page ___4___

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

Prem.L-1. Plaintiff _(name)_: JONI BAKER
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On _(date)_:April 20, 2005      plaintiff was injured on the following premises in the following
fashion (description of premises and circumstances of injury):
Plaintiff was shopping at defendant Target Corporation's store in San Leandro, California,
when Plaintiff suffered a fall caused by a dangerous condition on the floor near the toilet
facilities.

Prem.L-2.    [X] **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were _(names)_:
Target Corporation

     [X] Does ___1___ to ___10___

Prem.L-3.    [ ] **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
_(names)_:

     [ ] Does _____ to _____
     Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.    [ ] **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on
which a dangerous condition existed were _(names)_:

     [ ] Does _____ to _____
     a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
         dangerous condition in sufficient time prior to the injury to have corrected it.
     b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were _(names)_:

     [X] Does ___1___ to ___10___
     b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
         [ ] described in attachment Prem.L-5.b [ ] as follows _(names)_:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

**CAUSE OF ACTION - Premises Liability**

Code of Procedure § 425.12
www.courtinfo.ca.gov

**EXHIBIT  B**

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
06/13/2007
Log Number 512310378

**TO:**    Carter Leuty
Target Corporation
1000 Nicollet Mall
Minneapolis, MN, 55403-

**RE:**    **Process Served in California**

**FOR:**    Target Corporation (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Joni Baker, etc., Pltf. vs. Target Corporation, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice of Case Manangement Conference and Order, Notice, Attachment, Stipulation Form |
| **COURT/AGENCY:** | Superior Court of California, CA<br>Case # HG07319664 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - On April 20, 2005 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/12/2007 at 14:35 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - file written response // 08/28/2007 at 8:30 a.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Alan S. Yee<br>Siegel & Yee<br>499 14th Street, Suite 220<br>Oakland, CA, 94612<br>510-839-1200 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 790760926912 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Dianne Christman<br>818 West Seventh Street<br>Los Angeles, CA, 90017<br>213-337-4615 |

Rec'd on 6·15·07 at 12³⁰pm via Fed Ex
forwarded on 6·15·07 to
Sedgwick by Terri Morgan.

Page 1 of 1 / BF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.



**EXHIBIT** B

**EXHIBIT C**

1 GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE

2 A Professional Corporation
555 12ᵗʰ Street, Suite 1800

3 P. O. Box 12925
Oakland, CA 94604-2925

4 Telephone: (510) 834-4350
Facsimile: (510) 839-1897

5

Attorneys for Defendant

6 TARGET STORES, a division
of Target Corporation

7

ENDORSED
FILED
ALAMEDA COUNTY

JUL 1 2 2007

CLERK OF THE SUPERIOR COURT
By Tasha Perry, Deputy

8 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 COUNTY OF ALAMEDA

10

BY FAX

11 JONI BAKER, a.k.a F. JOAN BAKER,              )     Case No.: HG 07319664
                                                 )
12            Plaintiff,                          )     **ANSWER TO UNVERIFIED**
                                                 )     **COMPLAINT**
13 vs.      .                                     )
                                                 )
14 TARGET CORPORATION, and                       )
   DOES 1-10, inclusive.                          )
15                                                )
              Defendants.                         )     Complaint Filed: April 9, 2007
16 _____ )

17

18      **COMES NOW** Defendant TARGET STORES, a division of Target Corporation, and for

19 its answer to the unverified complaint of plaintiff JONI BAKER, on file herein, admits, denies and

20 alleges as follows:

21      Under the provisions of §431.30(d) of the California Code of Civil Procedure, this

22 answering defendant denies each and every, all and singular, generally and specifically, the

23 allegations contained in said complaint and further denies that plaintiff has been damaged in any

24 sum or sums, or at all, by reason of any act or omission on the part of this answering defendant.

25      AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

26 UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION

27 THEREOF, this answering defendant is informed and believes and thereon alleges that neither the

28 complaint nor any of its alleged causes of action states facts sufficient to constitute a cause of

-1-

**EXHIBIT C**

1 | action against this answering defendant.

2 | **AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**
3 | **UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION**
4 | **THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff
5 | failed to mitigate her alleged damages as required by law.

6 | **AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**
7 | **UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION**
8 | **THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff
9 | was comparatively at fault in the manner and style as set forth in the case of *Li v. Yellow Cab Co.*
10 | (1975) 13 Cal.3d 804, and defendant prays that any and all damages sustained by said plaintiff be
11 | reduced by the percentage of her negligence.

12 | **AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**
13 | **UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION**
14 | **THEREOF**, this answering defendant is informed and believes and thereon alleges that the
15 | damages complained of, if any there were, were proximately contributed to or caused by the
16 | carelessness, negligence, fault or defects created by the remaining parties in this action, or by other
17 | persons, corporations or business entities unknown to this answering defendant at this time, and
18 | were not caused in any way by this answering defendant, or by persons for whom this answering
19 | defendant is legally liable.

20 | Should this answering defendant be found liable to plaintiff, which liability is expressly
21 | denied, said defendant is entitled to have this award against it abated, reduced or eliminated to the
22 | extent that the negligence, carelessness, fault or defects created by the remaining parties in this
23 | action, or by said other persons, corporations or business entities, contributed to plaintiff's
24 | damages, if any.

25 | **WHEREFORE**, this answering defendant prays as follows:

26 | 1.    That plaintiff take nothing by her complaint and that this answering defendant be
27 | dismissed hence;

28 | 2.    For reasonable attorneys' fees;

-2-

1    3.    For costs of suit incurred herein; and

2    4.    For such other and further relief as the Court deems fit and proper.

3

4   DATED: July 12, 2007

5                                         BOORNAZIAN, JENSEN & GARTHE
                                          A Professional Corporation

6

7                                    By:    _____

8                                           GAIL C. TRABISH, ESQ.
                                            Attorneys for Defendant
                                            TARGET STORES, a division
9                                           of Target Corporation

10  GCT01\409350

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

**PROOF OF SERVICE BY MAIL
(C.C.P. SECTIONS 1013(a) -2015.5)**

2

3       I am employed in the County of Alameda, State of California. I am over the age of

4   18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800,

5   P. O. Box 12925, Oakland, California 94604-2925.

6       I am readily familiar with the business practice for collection and processing of

7   correspondence for mailing with the United States Postal Service. On the date indicated below, at

8   the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO**

9   **UNVERIFIED COMPLAINT**, addressed as shown below, and placed them for collection and

10  mailing following ordinary business practices to be deposited with the United States Postal Service

11  on the date indicated below:

12
    Alan S. Yee, Esq.                                **Attorney for Plaintiff**
13  Siegel & Yee
    499 14th Street, Ste. 220
14  Oakland, CA  94612
    (510) 839-1200  Phone
15  (510) 444-6698  Fax

16

17

18      I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct.

20      Executed at Oakland, California, on July $12$, 2007.

21

22

23                                      Alexine L. Braun

24

25  GCT01\409350

26

27

28

-4-

ANSWER TO UNVERIFIED COMPLAINT - Case No.: HG 07319664

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]; CIVIL CASE COVER SHEET**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Alan S. Yee, Esq.                                              **Attorneys for Plaintiff**
Siegel & Yee
499 14th Street, Ste. 220
Oakland, CA  94612
(510) 839-1200  Phone
(510) 444-6698  Fax

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Oakland, California on September 27, 2007.

_____
ALEXINE BRAUN

25014\415269

-3-

PETITION FOR REMOVAL – [Alameda County Sup. Ct. Case No.: HG 07319664]