ALAN S. YEE (SBN 091444)
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JONI BAKER, a.k.a. F. JOAN BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, a.k.a. F. JOAN BAKER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, *et al.*,<br><br>Defendants. | NO. C 07-04998 BZ<br><br>DEMAND FOR JURY TRIAL |

Plaintiff JONI BAKER hereby demands trial by jury.

Dated: October 2, 2007          SIEGEL & YEE


                                By____/S/_____
                                     ALAN S. YEE

                                Attorneys for Plaintiff
                                JONI BAKER, a.k.a. F. JOAN BAKER