GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, a.k.a F. JOAN BAKER, ) | Case No.: C-07-04998 BZ |
| Plaintiff, ) | [Alameda County Superior Court Case No.: HG 07319664] |
| vs. ) | |
| TARGET CORPORATION, and DOES 1-10, inclusive. ) | **CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER INITIATING DOCUMENTS** |
| Defendants. ) | |
| ) | Complaint Filed: April 9, 2007 |

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

1.     **Order Setting Initial Case Management Conference and ADR Deadlines;**

2.     **ECF Registration Information Handout;**

3.     **Welcome to the U.S. District Court, San Francisco Handout;**

-1-

4.    **Notice of Assignment of Case to a United States Magistrate Judge for Trial;**

5.    **Dispute Resolution Procedures in the Northern District of California**

addressed as shown below, and placed them for collection and mailing following ordinary business

practices to be deposited with the United States Postal Service on the date indicated below:

Alan S. Yee, Esq.                                    **Attorneys for Plaintiff**
Siegel & Yee
499 14th Street, Ste. 220
Oakland, CA  94612
(510) 839-1200  Phone
(510) 444-6698  Fax

I declare under penalty of perjury that the foregoing is true and correct.    Executed at

Oakland, California on October 10, 2007.

_____
ALEXINE BRAUN

25014\416393

-2-

CERTIFICATE OF SERVICE – Case No.:  C-07-04998 BZ