ALAN S. YEE (SBN 091444)
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JONI BAKER, aka. F. JOAN BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, aka. F. JOAN BAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, *et al.*,<br><br>Defendants. | NO. C 07-04998 BZ<br><br>NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION<br><br>Hearing Date: December 5, 2007<br>Time: 10:00 a.m.<br>Courtroom: G<br>Magistrate Judge: Hon. Bernard Zimmerman |

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

   PLEASE TAKE NOTICE that on December 5, 2007, at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled Court, located in Courtroom G at 450 Golden Gate Ave., San Francisco, California, the undersigned will move the Court for an order remanding this cause to the Superior Court of the State of California for the County of Alameda. This motion is made on the ground that the cause was improperly removed in that the notice of removal was not timely filed.

   The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities served and filed herewith, the Declaration of Alan S. Yee, all

1  pleadings and papers on file in this action, and upon all other evidence that my be
2  presented at the hearing of this motion.
3
4  Dated: October 22, 2007          SIEGEL & YEE
5
6              By____/S/_____
                       ALAN S. YEE
7
   Attorneys for Plaintiff
8  JONI BAKER, aka F. JOAN BAKER

**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA  94612
510-839-1200

-2-

NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION