UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, aka F. JOAN BAKER,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>TARGET CORPORATION, *et al.*,<br><br>　　　　Defendant(s). | No.   C 07-4998 BZ<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff's motion to remand is set for hearing on **December 5, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that the briefing schedule for plaintiff's motion is modified as follows:

Defendant's opposition shall be filed no later than **November 7, 2007.** Defendant shall in writing consent to or decline Magistrate Judge jurisdiction by no later than

1

**November 7, 2007.** Any reply shall be filed no later than **November 14, 2007.**

Dated: October 22, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Baker v. Target\Order Modifying Briefing Schedule Plaintiff's Motion to Remand.wpd

2