# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

October 23, 2007

To:  Alan Sunmin Yee
Siegel & Yee
499 14th Street, Suite 220
Oakland, CA 94612

Gail C. Trabish
Boornazian Jensen & Garthe
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925

Re: Joni Baker, et al. v. Target Corporation - C07-4998 BZ

Dear Sir or Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for December 5, 2007 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 7, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:  /s/ Lashanda Scott
Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd