1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALAN S. YEE (SBN 091444)
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JONI BAKER, aka F. JOAN BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONI BAKER, aka F. JOAN BAKER,

              Plaintiffs,

    vs.

TARGET CORPORATION, *et al.*,

              Defendants.

NO. C 07-04998 BZ

[PROPOSED] ORDER REMANDING
ACTION

Hearing Date: December 5, 2007
Time: 10:00 a.m.
Courtroom: G
Magistrate Judge: Hon. Bernard Zimmerman

      The motion of plaintiff Joni Baker for an order remanding this action to the

Superior Court of the State of California for the County of Alameda came on for hearing

in this Court on December 5, 2007. Having read and considered the moving and opposing

papers, the memoranda of points and authorities and the declarations filed and having

heard argument of counsel, good cause appearing,

      IT IS ORDERED THAT:

      This action is hereby remanded to the Superior Court of the State of California for

the County of Alameda.

Dated: December ___, 2007

_____
BERNARD ZIMMERMAN
United States Magistrate Judge