GAIL C. TRABISH, ESQ. (#103482)
HEATHER A. GLADSTONE, ESQ. (#238517)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, a.k.a F. JOAN BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-10, inclusive.<br><br>Defendants. | Case No.:  C-07-04998 BZ<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND REMOVED ACTION**<br><br>Date:      December 5, 2007<br>Time:     10:00 a.m.<br>Dept:     G<br>Judge:   Hon. Bernard Zimmerman<br><br>Complaint Filed:  April 9, 2007 |

Plaintiff JONI BAKER, a.k.a. F. JOAN BAKER'S motion to remand removed action came on for hearing on December 5, 2007 at 10:30 a.m. in Dept. G of the above-entitled court.  Plaintiff and moving party JONI BAKER, a.k.a. F. JOAN BAKER was represented by Alan Yee.  Defendant TARGET STORES, a division of TARGET CORPORATION ("TARGET") was represented by Heather Gladstone Esq. of Boornazian, Jensen & Garthe.

Having reviewed the parties' papers and oral arguments, and good cause appearing,

IT IS HEREBY ORDERED THAT plaintiff JONI BAKER, a.k.a. F. JOAN BAKER'S motion to remand removed action is hereby DENIED.  Plaintiff has failed to show that TARGET'S Petition for Removal was untimely filed pursuant to U.S.C. §1443(b).

///

-2-

**IT IS SO ORDERED**.

DATED: _____

_____
HON. BERNARD ZIMMERMAN

25014\417150