1  GAIL C. TRABISH, ESQ. (#103482)
   HEATHER A. GLADSTONE, ESQ. (#238517)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  JONI BAKER, a.k.a F. JOAN BAKER,        )   Case No.: C-07-04998 BZ
                                            )
12                 Plaintiff,               )   [Alameda County Superior Court Case No.:
                                            )   HG 07319664]
13  vs.                                     )
                                            )   **CERTIFICATE OF ELECTRONIC**
14  TARGET CORPORATION, and                 )   **SERVICE OF OPPOSITION OF**
    DOES 1-10, inclusive.                   )   **DEFENDANT TARGET**
15                                          )   **CORPORATION TO PLAINTIFF'S**
                   Defendants.              )   **MOTION TO REMAND REMOVED**
16                                          )   **ACTION; DECLARATION OF GAIL C.**
                                            )   **TRABISH, ESQ. IN SUPPORT;**
17                                          )   **[PROPOSED] ORDER**
                                            )
18                                          )
                                            )   Complaint Filed: April 9, 2007
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                   -1-

## CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served

1.    **OPPOSITION OF DEFENDANT TARGET CORPORATION TO PLAINTIFF'S MOTION TO REMAND REMOVED ACTION;**

2.    **DECLARATION OF GAIL C. TRABISH, ESQ. IN SUPPORT;**

3.    **[PROPOSED] ORDER**

on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Alan S. Yee, Esq.
Siegel & Yee

*asyee@aol.com*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on November 7, 2007.

*Jacquelyn S. Lewis*
Jacquelyn S. Lewis

25014\418339

Cert. of Electronic Service of Opposition to Pltf's Mo. to Remand Removed Action & Supporting Docs.–Case No.:  C-07-04998 BZ