**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **12/05/2007**

**C07-4998 BZ**

**Joni Baker v. Target Corp.**

Attorneys:   Alan S. Yee       Heather A. Gladstone

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**        Court Reporter::**Juanita Gonzalez;10:07-10:10**

**PROCEEDINGS:**                           **RULING:**

1. Plaintiff's Motion to Remand            Matter Continued
2. _____             _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Hearing reset to December 19, 2007 at 10:00 a.m.

(    ) ORDER TO BE PREPARED BY:   Plntf ____ Deft ____ Court_____

(    ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
   (   ) By Court      (   ) Parties to approach Magistrate in future
(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -                        Trial Date-
                                             Type of Trial:

Notes:_____