UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JONI BAKER, aka F. JOAN BAKER,<br>　　　　Plaintiff(s),<br>　　v.<br>TARGET CORPORATION, et al.,<br>　　　　Defendant(s). | No. C 07-4998 BZ<br><br>**CLERK'S NOTICE REGARDING TENTATIVE RULING** |

Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on plaintiff's Motion To Remand. If the parties wish to forego oral argument, and to accept this tentative ruling as the Court's Order, they shall file a joint writing to that effect no later than **noon, Friday, December 14, 2007**. In that event, the **December 19, 2007** hearing date will be vacated. If any party wishes to go forward with the scheduled hearing, that party shall file a writing to that effect no later than **noon, Friday, December 14, 2007** and the Court will hear argument on **December 19, 2007.**

Dated: December 11, 2007

　　　　　　　　　　　　　　　　　*Rose Maher*
　　　　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　　　　Rose Maher - Deputy Clerk to
　　　　　　　　　　　　　　　　　Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Baker v. Target\TENTATIVE RULE.CLK.wpd

1