1  GAIL C. TRABISH, ESQ. (#103482)
   HEATHER A. GLADSTONE, ESQ. (#238517)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation

8

9                    UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 JONI BAKER, a.k.a F. JOAN BAKER,     )   Case No.: C-07-04998 BZ
                                        )
13         Plaintiff,                   )   **STIPULATION TO FOREGO ORAL**
                                        )   **ARGUMENT AND ACCEPT COURT'S**
14 vs.                                  )   **TENTATIVE RULING ORDER**
                                        )   **DENYING PLAINTIFF'S MOTION TO**
15 TARGET CORPORATION, and              )   **REMAND TO STATE COURT**
   DOES 1-10, inclusive.                )
                                        )   Date:    December 19, 2007
16         Defendants.                  )   Time:    10:00 a.m.
                                        )   Dept:    G
17                                      )   Judge:   Hon. Bernard Zimmerman
                                        )
18                                      )
                                        )   Complaint Filed: April 9, 2007
19 _____ )

20         IT IS HEREBY AGREED AND STIPULATED on behalf of plaintiff JONI BAKER

21 A.K.A. F. JOAN BAKER and defendant TARGET STORES, a division of Target Corporation,

22 erroneously sued herein as TARGET CORPORATION, by and through their counsel of record,

23 that the parties wish to forego oral argument and accept the tentative ruling issued on December

24 11, 2007 as the Court's order.

25 ///

26 ///

27 ///

28 ///

                                          -1-
Stipulation to Accept Court's Tentative Ruling Order; USDC Case No.: C 07-04998 BZ

1 | DATED: December 13, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
HEATHER A. GLADSTONE, ESQ.
Attorneys for Defendants
TARGET STORES, a division of
TARGET CORPORATION

8 | DATED: December 13, 2007

SIEGEL & YEE

By: _____
ALAN S. YEE, ESQ.
Attorney for Plaintiff
JONI BAKER a.k.a P. JOAN BAKER

25014\421177

-2-
Stipulation to Accept Court's Tentative Ruling Order; USDC Case No.: C 07-04998 BZ

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION TO FOREGO ORAL ARGUMENT AND ACCEPT COURT'S TENTATIVE RULING ORDER DENYING PLAINTIFF'S MOTION TO REMAND TO STATE COURT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Alan S. Yee, Esq.                     **Attorneys for Plaintiff**
Siegel & Yee
499 14th Street, Ste. 220
Oakland, CA 94612
(510) 839-1200 Phone
(510) 444-6698 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on December 13, 2007.

_____
ALEXINE BRAUN

25014\