United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Joni Baker,**

   Plaintiff(s),

 v.

**Target Corporation,**

   Defendant(s),
_____/

No. C07-4998 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** Plaintiff's Motion to Remand set for Wednesday, December 19, 2007 at 10:00 a.m. is hereby VACATED.

The Court issued an Order Denying Plaintiff's Motion to Remand on December 17, 2007.

Dated:  December 19, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
  Lashanda Scott
  Courtroom Deputy