# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JONI BAKER,

CASE NO. C 07-04998 BZ

Plaintiff(s),

v.

TARGET CORPORATION,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline   6 months - see footnote * below.

Dated: 1-28-07

Attorney for Plaintiff

Dated: 1/28/08

Attorney for Defendant

*On January 28, 2008, plaintiff had a disk fusion surgery performed on her neck. The parties request that the mediation deadline be 6 months after the date of the order so that plaintiff's condition can stabilize and the parties be able to conduct the necessary discovery for mediation.

# [~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        (Mediation)
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        ~~other~~   180 days

IT IS SO ORDERED.

Dated: January 29, 2008

                                              UNITED STATES MAGISTRATE JUDGE



# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

A copy of the below-named document was served via email in accordance with the ECF filing system in U.S. District Court - Northern to the below-named recipient(s):

1. **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

| | |
|---|---|
| Alan S. Yee, Esq.<br>Siegel & Yee<br>499 14th Street, Ste. 220<br>Oakland, CA 94612<br>(510) 839-1200 Phone<br>(510) 444-6698 Fax<br>asyee@aol.com | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on January 29, 2008.

_____
Alexine L. Braun