1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## Northern District of California

10  Baker,                                     07-04998 BZ MED

11              Plaintiff(s),              **Notice of Appointment of Mediator**

12      v.

13  Target Corporation,

14              Defendant(s).

15  TO COUNSEL OF RECORD:

16      The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18                          **Mark Penskar**
                            PG&E
19                          77 Beale Street, B30A
                            San Francisco, CA 94105
20                          415-972-5672

21      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22  governs the Mediation program.  The mediator will schedule a joint phone conference

23  with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24  the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25  The court permits the mediator to charge each party its pro rata share of the cost of the

26  phone conference.

27
28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04998 BZ MED                         - 1 -

1      Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: February 4, 2008

5                                                    RICHARD W. WIEKING
                                                     Clerk
6                                                    by:      Claudia M. Forehand

7

8                                                    _____
                                                     ADR Case Administrator
9                                                    415-522-2059
                                                     Claudia_Forehand@cand.uscourts.gov

**United States District Court**
Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28