```
 1  GAIL C. TRABISH, ESQ. (#103482)
    HEATHER A. GLADSTONE, ESQ. (#238517)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  Attorneys for Defendant
    TARGET STORES, a division
 7  of Target Corporation

 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, a.k.a F. JOAN BAKER, | Case No.: C-07-04998 BZ |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| TARGET CORPORATION, and DOES 1-10, inclusive. | Complaint Filed: April 9, 2007 |
| Defendants. | |

Pursuant to Civil Local Rule 3.16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

DATED: February 8, 2008

                      BOORNAZIAN, JENSEN & GARTHE
                      A Professional Corporation

                      By: _____
                           GAIL C. TRABISH, ESQ.
                          HEATHER A. GLADSTONE, ESQ.
                           Attorneys for Defendants
                          TARGET STORES, a division of
                           TARGET CORPORATION

25014\425593

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

A copy of the below-named document was served via email in accordance with the ECF filing system in U.S. District Court - Northern to the below-named recipient(s):

**1.      CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

| | |
|---|---|
| Alan S. Yee, Esq.<br>Siegel & Yee<br>499 14th Street, Ste. 220<br>Oakland, CA 94612<br>(510) 839-1200 Phone<br>(510) 444-6698 Fax<br>asyee@aol.com | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on February 11, 2008.

_____
ALEXINE BRAUN

25014\425593