| | |
|---|---|
| 1 | ALAN S. YEE (SBN 091444) |
| | SIEGEL & YEE |
| 2 | 499 14th Street, Suite 220 |
| | Oakland, CA  94612 |
| 3 | Telephone: (510) 839-1200 |
| | Facsimile:  (510) 444-6698 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | JONI BAKER, aka F. JOAN BAKER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, a.k.a. F. JOAN BAKER, *et al.*, | NO.  C 07-04998 BZ |
| Plaintiffs, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | |
| TARGET CORPORATION, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  February 12, 2008        SIEGEL & YEE


By____/S/_____
        ALAN S. YEE

Attorneys for Plaintiff
JONI BAKER, aka F. JOAN BAKER