# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Baker, | 07-04998 BZ MED |
| Plaintiff(s), | **Notice Vacating Appointment of Mediator** |
| v. | |
| Target Corporation, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The appointment of Mark H. Penskar to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: February 15, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-04998 BZ MED