# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Baker,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Target Corporation,<br><br>            Defendant(s). | 07-04998 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Arnold B. Haims**
Haims, Valentino & Latchaw, L.L.P
180 Grand Ave., Suite 700
Oakland, CA 94612
510-835-0500

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**United States District Court**
**Northern District of California**

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.
3
4   Dated: February 22, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04998 BZ MED                - 2 -