**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **02/25/2008**

**C07-4998 BZ**

**Joni Baker v. Target Corporation**

Attorneys: Pltf: Alan Yee
Def: Gail C. Trabish

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                                **RULING:**

1. Initial Case Management Conference           Matter Held
2. 

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury trial set for February 9, 2008 at 8:30 a.m. Trial set for 5 to 7 days. Case referred to court sponsored mediation.

( XX ) ORDER TO BE PREPARED BY:   Plntf ___  Deft ___  Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____     for _____

Discovery Cut-Off _____     Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____     Trial Date _____     Set for _____ days
                         Type of Trial: ( ) Jury     ( ) Court
Notes: