**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***AMENDED CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **02/25/2008**

**C07-4998 BZ**

**Joni Baker v. Target Corporation**

Attorneys: Pltf: Alan Yee
          Def: Gail C. Trabish

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                              **RULING:**

1. Initial Case Management Conference        Matter Held
2. _____           _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury trial set for February 9, 2009* at 8:30 a.m.  Trial set for 5 to 7 days. Case referred to court sponsored mediation.

(  XX  ) ORDER TO BE PREPARED BY:    Pltf ____  Deft ____  Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Pltf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                      Type of Trial:  ( ) Jury    ( ) Court
Notes: _____