ALAN S. YEE (SBN 091444)
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile:  (510) 444-6698

Attorneys for Plaintiff
JONI BAKER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, aka F. JOAN BAKER,<br><br>                    Plaintiff,<br><br>      vs.<br><br>TARGET CORPORATION, *et al.*,<br><br>                    Defendants. | CASE NO. C-07-04998 BZ<br><br>NOTICE OF SETTLEMENT |

Notice is hereby given to the Court that a settlement has been reached in this matter as to all parties.

Dated: July 16, 2008            SIEGEL & YEE


                                By___/S/_____
                                        ALAN S. YEE

                                Attorneys for Plaintiff
                                JONI BAKER

NOTICE OF SETTLEMENT