UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI BAKER, aka JOAN BAKER,<br><br>        Plaintiff(s),<br><br>  v.<br><br>TARGET CORPORATION, et al.,<br><br>        Defendant(s). | No. C07-4998 BZ<br><br>**CONDITIONAL ORDER<br>OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **45 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: July 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BAKER\CONDITIONAL DISM.ORDER.wpd

1