UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONI BAKER, aka JOAN BAKER, | ) ) | |
| Plaintiff(s), | ) ) | No. C07-4998 BZ |
| v. | ) ) | **CONDITIONAL ORDER OF DISMISSAL** |
| TARGET CORPORATION, et al., | ) ) | |
| Defendant(s). | ) ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **45 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: July 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BAKER\CONDITIONAL DISM.ORDER.wpd

1