# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Baker,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Target Corporation,<br><br>    Defendant(s). | No. C 07-04998 BZ MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __7/15/2008__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __7/16/2008__        _____
                            Mediator, Arnold B. Haims
                            Haims, Valentino & Latchaw, L.L.P
                            180 Grand Ave., Suite 700
                            Oakland, CA 94612